**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62511-CIV-SMITH**

ATAHAN ISIK,

Plaintiff,

v.

ALEM MIAMI LLC, *ET AL.*,

Defendants.

_______________________________________________/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 59], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice and to File Settlement Agreement Under Seal [DE 55]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation [DE 59] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice and to File Settlement Agreement Under Seal [DE 55] is **GRANTED.**

3) The parties shall file their Settlement Agreement under seal.

4) This case is **DISMISSED with prejudice.**

5) The Court retains jurisdiction to enforce the terms of the Settlement Agreement until **April 1, 2027.**

6) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of November, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record